| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Armen Shaghzo, Esq. [178802]<br>100 W. Broadway, Suite 540<br>Glendale, CA 91210<br><br>☐ Individual appearing without attorney<br>☒ Attorney for Debtor | FOR COURT USE ONLY |
|---|---|

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| In re:<br><br>Sean J Chandler<br><br><br><br>Debtor(s) | CASE NO.: 1:19-bk-12004-MT<br>CHAPTER: 7<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☐ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B  ☐ Schedule C  ☐ Schedule D  ☐ Schedule E/F  ☐ Schedule G
☐ Schedule H   ☐ Schedule I  ☒ Schedule J  ☐ Schedule J-2  ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers  ☐ Statement of Intention  ☐ Master Mailing List
☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 09/09/2019

_____
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                                    Page 1                           F 1007-1.1.AMENDED.SUMMARY

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
100 W. Broadway, Suite 540, Glendale, CA 91210

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/09/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

dcweil@dcweillaw.com;, Cruz, Sandra (USTP) <Sandra.Cruz@usdoj.gov>;

United States Trustee, ustpregion19.wh.ecf@usdoj.gov, Bunker, Kate (USTP) <Kate.Bunker@usdoj.gov>;

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/09/2019 | Dianna Zohrabyan | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2015*    Page 2    F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify your case:**

Debtor 1: Sean J Chandler

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Central District of California

Case number (If known): 1:19-bk-12004-MT

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date: ___ MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**
   - ☑ No. Go to line 2.
   - ☐ Yes. Does Debtor 2 live in a separate household?
     - ☐ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?** ☑ No
   Do not list Debtor 1 and Debtor 2.
   ☐ Yes. Fill out this information for each dependent.
   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ☑ No
   - ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ 950.00

   If not included in line 4:
   4a. Real estate taxes    4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance    4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses    4c. $ 0.00
   4d. Homeowner's association or condominium dues    4d. $ 0.00

Official Form 106J    Schedule J: Your Expenses    page 1

Debtor 1  Sean J Chandler    Case number *(if known)* 1:19-bk-12004-MT
         First Name   Middle Name   Last Name

**Your expenses**

5. **Additional mortgage payments for your residence,** such as home equity loans    5.  $ 0.00

6. **Utilities:**
   - 6a. Electricity, heat, natural gas    6a. $ 150.00
   - 6b. Water, sewer, garbage collection    6b. $ 0.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services    6c. $ 250.00
   - 6d. Other. Specify: _____    6d. $ 0.00

7. **Food and housekeeping supplies**    7. $ 800.00

8. **Childcare and children's education costs**    8. $ 0.00

9. **Clothing, laundry, and dry cleaning**    9. $ 300.00

10. **Personal care products and services**    10. $ 170.00

11. **Medical and dental expenses**    11. $ 0.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.    12. $ 350.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. $ 600.00

14. **Charitable contributions and religious donations**    14. $ 0.00

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance    15a. $ 50.00
    - 15b. Health insurance    15b. $ 0.00
    - 15c. Vehicle insurance    15c. $ 100.00
    - 15d. Other insurance. Specify: _____    15d. $ 0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: Federal    16. $ 0.00

17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1    17a. $ 392.00
    - 17b. Car payments for Vehicle 2    17b. $ 0.00
    - 17c. Other. Specify: _____    17c. $ 0.00
    - 17d. Other. Specify: Student Loan    17d. $ 1,106.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18. $ 0.00

19. **Other payments you make to support others who do not live with you.**
    Specify: _____    19. $ 0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property    20a. $ 0.00
    - 20b. Real estate taxes    20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance    20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses    20d. $ 0.00
    - 20e. Homeowner's association or condominium dues    20e. $ 0.00

Official Form 106J    Schedule J: Your Expenses    page 2

Debtor 1  Sean J Chandler
          First Name  Middle Name  Last Name

Case number (if known) 1:19-bk-12004-MT

21. **Other.** Specify:_____  21. +$ 0.00
                                                                    +$ _____
Monthly Vet check up                                                +$ 35.00

22. **Calculate your monthly expenses.**

   22a. Add lines 4 through 21.                                          22a.  $ 5,253.00

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a   22b.  $ _____
   and 22b. The result is your monthly expenses.                        22c.  $ 5,253.00

23. **Calculate your monthly net income.**

   23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*   23a.  $ 4,276.00

   23b.  Copy your monthly expenses from line 22c above.                   23b.  −$ 5,253.00

   23c.  Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.                          23c.  $ -977.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.
   ☐ Yes.  Explain here: